# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 50257 | **DATE** | January 30, 2008 |
| **CASE TITLE** | Montoya vs. Astrue | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for summary judgment is denied. Claimant's Motion for Summary Judgment is granted. The ALJ's decision to deny Claimant benefits is remanded for further proceedings consistent with the attached Memorandum Opinion and Order.

*[signature: P. Michael Mahoney]*

■ [ For further detail see separate order(s).]   Notices mailed by Judicial staff.

| | Courtroom Deputy | JH |
|---|---|---|